IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIS VERNON RHODES, | No. C 07-3124 RMW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| SUPERIOR COURT OF STANISLAUS COUNTY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on June 14, 2007. Petitioner seeks habeas relief from his state criminal proceedings in the Stanislaus Superior Court, which lies in the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Rhodes124trans       1

1   Accordingly, this case is TRANSFERRED to the United States District Court for
2   the Eastern District of California, the district of petitioner's conviction at issue in this
3   petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate
4   any pending motions and transfer the entire file to the Eastern District of California.
5   IT IS SO ORDERED.
6   DATED: 6/22/2007                          /s/ Ronald M. Whyte
                                              RONALD M. WHYTE
7                                             United States District Judge

This is to certify that on _____6/22/2007_____, a copy of this ruling was mailed to the following:

Alvis Vernon Rhodes
1159280
200 E. Hackett Road, B115B
Modesto, CA  95358-9415

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Rhodes124trans          3